## TABLE OF EXHIBITS

Exhibit 1    Dismissal order in *Kruszewski*

Exhibit 2    Dismissal order in *Westlock*

Exhibit 3    September 2009 Pfizer Settlement Agreement

Exhibit 4    2012 Department of Justice press release announcing Merck misbranding guilty plea and global settlement

Exhibit 5    2004 Department of Justice press release announcing Warner-Lambert misbranding guilty plea and global settlement

Exhibit 6    February 29, 2008 FDA Approval Letter for Pristiq

Exhibit 7    Wyeth press release announcing FDA's approval of Pristiq

Exhibit 8    Summary chart of off-label promotions made by Pfizer to physicians specified in the Fifth Amended Complaint