# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA and WISCONSIN and the DISTRICT OF COLUMBIA ex rel. ALEX BOOKER and EDMUND HEBRON, <br><br> *Plaintiffs*, <br><br> v. <br><br> PFIZER, INC., <br><br> *Defendant*. | Case No. 1:10-CV-11166 <br> Hon. Douglas P. Woodlock |

## **RELATORS' AMENDED NOTICE OF APPEAL**

Relators Alex Booker and Edmund Hebron, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the First Circuit the Court's (1) Memorandum and Order dated May 23, 2016 (Doc. 195), (2) related Judgment dated May 26, 2016 (Doc. 196), (3) May 24, 2015 order denying Relators' Motion to Compel Production of Documents (Doc. 106), and (4) June 15, 2015 order denying Relators' Second Motion to Compel the Production of Documents (Doc. 139).

                              Respectfully submitted,

Dated: June 24, 2016                Counsel for *Qui Tam* Relators

                              */s/ Thomas N. Burnham*
                              Thomas N. Burnham (*pro hac vice*)
                              Burnham International Law Office, PC
                              4140 Miller Road
                              Ann Arbor, Michigan 48103
                              tnburnham@earthlink.net

                              */s/ Kevin J. Darken*
                              Kevin J. Darken (*pro hac vice*)
                              THE BARRY A. COHEN LEGAL TEAM
                              201 East Kennedy Boulevard, Suite 1950
                              Tampa, Florida 33602
                              kdarken@tampalawfirm.com
                              Telephone: (813) 225-1655
                              Facsimile: (813) 225-1921

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF electronic filing on June 24, 2016.

*/s/ Kevin J. Darken*
Kevin J. Darken